**VAN–077** Order Continuing 341 Meeting of Creditors – Rev. 01/05/2016

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### Wilmington Division

IN RE:
Michael E Pearre Jr
 *( debtor has no known aliases )*
7255 Copperfield Ct
Wilmington, NC 28411

CASE NO.: 16–02240–5–SWH

DATE FILED: April 27, 2016

CHAPTER: 13

Chelsea R Pearre
 *( debtor has no known aliases )*
7255 Copperfield Ct
Wilmington, NC 28411

ORDER CONTINUING 341 MEETING OF CREDITORS

IT IS ORDERED that the section 341 meeting of creditors for Michael E Pearre Jr and Chelsea R Pearre is continued.

DATE:      Thursday, June 23, 2016
TIME:      11:45 AM
PLACE:     USBA Creditors Meeting Room, Alton Lennon Federal Bldg., Room 125, 2 Princess Street, Wilmington, NC 28401

The movant must transmit a copy of this order to all creditors, and a certificate of service must be filed with the court within three (3) days evidencing service.

DATED: May 3, 2016

Stephani W. Humrickhouse
United States Bankruptcy Judge